VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

*E-FILED - 5/7/09*

Counsel for Defendant Tan Vo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-000402 RMW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | MOTIONS HEARING DATE; |
| vs. ) | [] ORDER |
| ) | |
| JULES MINH VO, et.al. ) | |
| ) | |
| Defendants. ) | |

    It is hereby stipulated between the United States of America, by and through Assistant United States Attorneys David R. Callaway, and defendants Jules Minh Vo, Nhu Mai Nguyen, Tan Minh Vo, Kevin Vo, Nguyen Nhu Tran, and Richard Khoi Tran, by and through their respective defense counsel, that the motions hearing date of April 6, 2009, be continued to April 20, 2009, at 9:00 a.m., and that the previously set briefing schedule be adjusted to reflect the new date.

    The reason for this continuance is that defense counsel are in the midst of preparing a number of pretrial motions but will not be able to complete the motions by the current filing date of March 2, 2009. Defense counsel Vicki Young will be out of the district from February 26, 2009, through March 1, 2009, and she anticipates that she will need another two weeks to compete the motions.

///

STIP AND [] ORDER

- 1 -

1   The briefing schedule will be modified as follows:

2       March 16, 2009          Defense Motions to be Filed

3       March 30, 2009          Government Response to Motions to be Filed

4       April 13, 2009           Defense Reply Briefs to be Filed

5       April 20, 2009           Motions Hearing Date

6   The ends of justice served by such a continuance outweigh the best interest of the public and

7   the defendants in a Speedy Trial within the meaning of Title 18 U.S.C. §3161(h)(8)(A).

8   Time has already been excluded to April 6, 2009. The parties stipulate that the time between

9   April 6, 2009, and April 20, 2009, shall be excluded from the period of time within which trial must

10  commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States

11  Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). As required

12  by 18 U.S.C. §3161 (h)(8)(B)(iv), it is stipulated that the ends of justice outweigh the best interest of

13  the public and the defendant in a speedy trial and the denial of the stipulation to continue the

14  motions hearing would unreasonably deny the defendants reasonable time necessary for effective

15  preparation of the pretrial motions and defense, taking into account the exercise of due diligence,

16  and would deny the defendant continuity of counsel. 18 U.S.C. §3161(h)(8)(B)(iv).

17  It is so stipulated.

18  Dated:      February 25, 2009        Respectfully submitted,

19
20                                                    /s/ Vicki H. Young
                                                  VICKI H. YOUNG, ESQ.
                                                  Attorney for Tan Minh Vo

21
22  Dated:      February 26, 2009        /s/   Richard Pointer
                                                  RICHARD POINTER, ESQ.
                                                  Attorney for Jules Minh Vo

23
24  Dated:      February 25, 2009        /s/   Peter Leeming
                                                  PETER LEEMING, ESQ.
25                                                    Attorney for Nhu Mai Nguyen

26

STIP AND [] ORDER

| | | | |
|---|---|---|---|
| 1 | Dated: | February 26, 2009 | /s/ Allen Schwartz |
| 2 | | | ALLEN SCHWARTZ, ESQ.<br>Attorney for Kevin Vo |
| 3 | | | |
| | Dated: | March 2, 2009 | /s/ Wendy Kim for David Johnson |
| 4 | | | DAVID JOHNSON, ESQ.<br>Attorney for Nguyen Nhu Tran |
| 5 | | | |
| 6 | Dated: | February 25, 2009 | /s/ Jack Gordon |
| | | | JACK GORDON, ESQ. |
| 7 | | | Attorney for Richard Khoi Tran |
| 8 | | | |
| 9 | Dated: | March 2, 2009 | JOSEPH P. RUSSIONIELLO<br>UNITED STATES ATTORNEY |
| 10 | | | |
| 11 | | | |
| 12 | | | /s/ David R. Callaway<br>DAVID R. CALLAWAY |
| 13 | | | Assistant United States Attorney |

STIP AND [] ORDER

- 3 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR No.: CR 08-000402 RMW |
| ) | |
| v. ) | ORDER FOR |
| ) | CONTINUANCE OF |
| JULES MINH VO, et.al., ) | STATUS DATE |
| ) | |
| Defendants. ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the motions date of April 6, 2009, is continued to April 20, 2009, at 9:00 a.m.

The briefing schedule will be modified as follows:

| | |
|---|---|
| March 16, 2009 | Defense Motions to be Filed |
| March 30, 2009 | Government Response to Motions to be Filed |
| April 13, 2009 | Defense Reply Briefs to be Filed |
| April 20, 2009 | Motions Hearing Date |

The Court finds the time between April 6, 2009, and April 20, 2009, is excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on the need by defense counsel for additional time to prepare pretrial motions. For these reasons, there is good cause for the continuance and failure to grant the continuance would unreasonably deny the government and the defendants

STIP AND [] ORDER

1  reasonable time necessary for effective case preparation taking into account the exercise of due diligence
2  under 18 U.S.C. 3161(h)(8)(B)(iv).
3      IT IS SO ORDERED.
4  DATE: __5/7/09_____   /s/ Ronald M. Whyte
                                           RONALD M. WHYTE
5                                          UNITED STATES DISTRICT JUDGE

STIP AND [] ORDER
- 5 -