1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DAVID R. CALLAWAY (CSBN 121782)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California  95113               ***E-FILED - 7/16/09***
       Telephone: (408) 535-5596
7      Facsimile: (408) 535-5596
       E-mail: David.Callaway@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,        )   No. CR 08-00402 RMW
                                     )
14          Plaintiff,                )   PARTIES' JOINT REQUEST TO TAKE
                                     )   KEVIN VO'S MOTION TO SUPPRESS
15      v.                           )   HIS STATEMENT OFF CALENDAR;
                                     )   ORDER []
16  KEVIN VO,                         )
                                     )   Date:  July 13, 2009
17          Defendant.                )   Time:  2:00 p.m.
                                     )
18  _____     )   Before The Honorable Ronald M. Whyte

19

20

21      The parties jointly ask the Court to take Kevin Vo's motion to suppress the statement he

22  made during his custodial interrogation on June 4, 2008, off calendar.  The basis for the request

23  is that the parties are in the midst of serious and promising plea negotiations that, if successful,

24  would render the motion moot.

25      The parties agree that, should the negotiations fall through, Kevin Vo would be entitled to

26  re-submit the motion.

27  //

28  //

**REQUEST TO TAKE MOTION
OFF CALENDAR**

1  SO STIPULATED:

2  DATED:                                          JOSEPH P. RUSSONIELLO
                                                   United States Attorney

4                                                          / s /
                                                   _____
5                                                  DAVID R. CALLAWAY
                                                   Assistant United States Attorney
6                                                  Counsel for United States

8  DATED:                                                  / s /
                                                   _____
9                                                  ALLEN H. SCHWARTZ, ESQ.
                                                   Counsel for Defendant Kevin Vo

## ORDER

For the reasons set forth above, and good cause appearing,

IT IS HEREBY ORDERED that the pending motion by defendant Kevin Vo to suppress his statement, currently scheduled to be heard on July 13, 2009, is hereby taken **OFF CALENDAR**.  Defendant shall be permitted to re-submit the motion at a later time, should he elect to do so.

Date: 7/16/09

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

REQUEST TO TAKE MOTION
OFF CALENDAR                            -2-