JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID R. CALLAWAY (CSBN 121782)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California  95113
Telephone: (408) 535-5596
Facsimile: (408) 535-5596
E-mail: David.Callaway@usdoj.gov

*E-FILED - 10/20/09*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00402 RMW |
| ) | |
| Plaintiff, ) | PARTIES' JOINT REQUEST TO |
| ) | CONTINUE HEARING; |
| v. ) | ORDER [] |
| ) | |
| JULES MINH SON VO, et al., ) | Date:  September 21, 2009 |
| ) | Time:  9:00 a.m. |
| Defendants. ) | |
| ) | Before The Honorable Ronald M. Whyte |
| _____ ) | |

The parties jointly ask the Court to continue the hearing on defendants' motion to sever, currently set for the above date and time, and to reschedule that hearing to **Monday, October 26, 2009**, at 9:00 a.m., before The Honorable Ronald M. Whyte.  The government shall inform the Court by October 9, 2009 as to whether there is a resolution for defendant Kevin Vo.  If there is no resolution, the government shall respond to the motion to sever by October 9, 2009; any replies would be due on October 19, 2009.  The basis for the request is that Kevin Vo's situation remains unresolved, but that the parties expect it to be resolved in time to comply with the foregoing schedule.

SO STIPULATED:

**STIPULATION; ORDER**

| | |
|---|---|
| DATED: September 18, 2009 | JOSEPH P. RUSSONIELLO<br>United States Attorney<br><br>/ s /<br>_____<br>DAVID R. CALLAWAY<br>Assistant United States Attorney<br>Counsel for United States |
| DATED: September 18, 2009 | / s /<br>_____<br>ALLEN H. SCHWARTZ, ESQ.<br>Counsel for Defendant Kevin Vo |
| DATED: September 18, 2009 | / s /<br>_____<br>VICKI H. YOUNG, ESQ.<br>Counsel for Tan Vo |
| DATE: September 18, 2009 | / s /<br>_____<br>RICHARD P. POINTER, ESQ.<br>Counsel for Jules Vo |
| DATE: September 18, 2009 | / s /<br>_____<br>JACK D. GORDON, ESQ.<br>Counsel for Richard Khoi Tran |
| DATE: September 18, 2009 | / s /<br>_____<br>PETER A. LEEMING, ESQ.<br>Counsel for Nhu Mai Nguyen |
| DATE: September 18, 2009 | / s /<br>_____<br>DAVID C. JOHNSON, ESQ.<br>Counsel for Nguyen Tran |

## ORDER

For the reasons set forth above, and good cause appearing,

IT IS HEREBY ORDERED that the hearing on defendants' motion to sever, currently scheduled for September 21, 2009, is continued to **October 26, 2009,** at 9:00 a.m., before The Honorable Ronald M. Whyte. The parties shall comply with the briefing schedule set forth in the above stipulation.

Date: 10/20/09

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

**STIPULATION; ORDER**                              -2-