JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID R. CALLAWAY (CSBN 121782)
Assistant United States Attorney

*E-FILED - 4/12/10*

   150 Almaden Blvd., Suite 900
   San Jose, California  95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5596
   E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                               )<br>      Plaintiff,              )<br>                               )<br>   v.                          )<br>                               )<br>KEVIN VO,                 )<br>                               )<br>      Defendant.        )<br>                               )<br>_____) | No. CR 08-00402 RMW<br><br>STIPULATION TO CONTINUE<br>DATE FOR SENTENCING;<br>ORDER []<br><br>Date: April 19, 2010<br>Time: 9:00 a.m.<br><br>Before The Honorable Ronald M. Whyte |

      The parties jointly ask the Court to continue Kevin Vo's sentencing from its currently scheduled date of April 19, 2010 to **Monday, July 26, 2010, at 9:00 a.m.**, before The Honorable Ronald M. Whyte, United States District Judge. The basis for the request is that this defendant is a cooperating witness, for whom the government hopes to be able to file a motion for a sentencing departure under U.S.S.G. § 5K1.1.  The government requires additional time in order to evaluate Kevin Vo's cooperation fully.  The United States Probation Officer assigned to the case, Waseem Iqbal, has been informed of this request and is available on the date the parties are requesting.

//

**REQUEST TO CONTINUE SENTENCING**

IT IS SO STIPULATED:

DATED: March 16, 2010        JOSEPH P. RUSSONIELLO
                             United States Attorney

                                    / s /
                             _____
                             DAVID R. CALLAWAY
                             Assistant United States Attorney
                             Counsel for United States


DATED: March 16, 2010               / s /
                             _____
                             ALLEN H. SCHWARTZ, ESQ.
                             Counsel for Defendant Kevin Vo


## **ORDER**

For the reasons set forth above, and good cause appearing,

IT IS HEREBY ORDERED that sentencing for the captioned defendant, currently scheduled to occur on April 19, 2010, is continued to **Monday, July 26, 2010, at 9:00 a.m.**, before The Honorable Ronald M. Whyte, United States District Judge.

Date: 4/12/10

*Ronald M. Whyte* (signature)
_____
RONALD M. WHYTE
United States District Judge

**REQUEST TO CONTINUE SENTENCING**        -2-