JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID R. CALLAWAY (CSBN 121782)
Assistant United States Attorney

*E-FILED - 7/22/10*

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5596
   E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>KEVIN VO, )<br>)<br>   Defendant. )<br>)<br>_____ ) | No. CR 08-00402 RMW<br><br>STIPULATION TO CONTINUE<br>DATE FOR SENTENCING;<br>ORDER []<br><br>Date: July 26, 2010<br>Time: 9:00 a.m.<br><br>Before The Honorable Ronald M. Whyte |

     The parties jointly ask the Court to continue Kevin Vo's sentencing from its currently scheduled date of July 26, 2010 to **Monday, October 25, 2010,** at 9:00 a.m., before The Honorable Ronald M. Whyte, United States District Judge. The basis for the request is that this defendant is a cooperating witness for whom the government hopes to be able to file a motion for a sentencing departure under U.S.S.G. § 5K1.1. Trial for the co-defendants is now scheduled to begin on October 13, 2010. Accordingly the government will not be in a position fully to evaluate the extent and value of Kevin Vo's cooperation before then. The United States Probation Officer assigned to the case, Waseem Iqbal, has been informed of this request. He does not object and will be available on the date the parties are requesting.

**REQUEST TO CONTINUE SENTENCING**

1    IT IS SO STIPULATED:

2   DATED: July 19, 2010                    JOSEPH P. RUSSONIELLO
                                            United States Attorney

4                                                  / s /
                                            _____
5                                           DAVID R. CALLAWAY
                                            Assistant United States Attorney
6                                           Counsel for United States

8   DATED: July 19, 2010                           / s /
                                            _____
9                                           ALLEN H. SCHWARTZ, ESQ.
                                            Counsel for Defendant Kevin Vo

## **ORDER**

For the reasons set forth above, and good cause appearing,

IT IS HEREBY ORDERED that sentencing for the captioned defendant, currently scheduled to occur on July 26, 2010, is continued to **Monday, October 25, 2010, at 9:00 a.m.**, before The Honorable Ronald M. Whyte, United States District Judge.

Dated: 7/22/10                              _____
                                            RONALD M. WHYTE
                                            United States District Judge

**REQUEST TO CONTINUE SENTENCING**        -2-