MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

DAVID R. CALLAWAY (CSBN 121782)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California  95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5596
   E-mail: David.Callaway@usdoj.gov

*E-FILED - 10/21/10*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00402 RMW |
| Plaintiff, ) | STIPULATION TO CONTINUE DATE FOR SENTENCING; ORDER [] |
| v. ) | |
| KEVIN VO, ) | Date:  October 25, 2010 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Before The Honorable Ronald M. Whyte |

The parties jointly ask the Court to continue Kevin Vo's sentencing from its currently scheduled date of October 25, 2010 to **Monday, December 13, 2010,** at 9:00 a.m., before The Honorable Ronald M. Whyte, United States District Judge. The basis for the request is that this defendant is a cooperating witness for whom the government intends to file a motion for a sentencing departure under U.S.S.G. § 5K1.1.

Trial for the co-defendants was scheduled to begin on Monday, October 25, 2010, although, as of last night, all parties have agreed to resolve their cases.  Defendant's cooperation was necessary and continued, therefore, through and including last week.  Accordingly, the government was not able fully to evaluate the extent and value of Kevin Vo's cooperation,

**REQUEST TO CONTINUE SENTENCING**

although it believes it can do so now.

    The United States Probation Officer assigned to the case, Waseem Iqbal, has been informed of this request by voicemail.  (He is out of the office today.)  The parties hope that the new date will be acceptable to USPO Iqbal; in the unlikely event it is not, the parties will be happy to adjust the schedule to accommodate him.

    IT IS SO STIPULATED:

DATED: October 20, 2010

MELINDA HAAG
United States Attorney

/ s /
_____
DAVID R. CALLAWAY
Assistant United States Attorney
Counsel for United States

DATED: October 20, 2010

/ s /
_____
ALLEN H. SCHWARTZ, ESQ.
Counsel for Defendant Kevin Vo

## **ORDER**

    For the reasons set forth above, and good cause appearing,

    IT IS HEREBY ORDERED that sentencing for the captioned defendant, currently scheduled to occur on October 25, 2010, is continued to **Monday, December 13, 2010, at 9:00 a.m.**, before The Honorable Ronald M. Whyte, United States District Judge.

Date: 10/21/10

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

REQUEST TO CONTINUE SENTENCING    -2-