| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
| | United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811) |
| | Deputy Chief, Criminal Division |
| 4 | DAVID R. CALLAWAY (CABN 121782) |
| | Assistant United States Attorney |
| 5 | |

*E-FILED - 12/10/10*

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5596
Facsimile: (408) 535-5596
E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00402 RMW |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE DATE FOR SENTENCING; |
| v. | ) ) | ORDER [] |
| KEVIN VO, | ) ) | Date:  13, 2010 |
| Defendant. | ) ) | Time:  9:00 a.m. |
| | ) | Before The Honorable Ronald M. Whyte |

The parties jointly ask the Court to continue Kevin Vo's sentencing from its currently scheduled date of December 13, 2010, to **Monday, March 7, 2011**, at 9:00 a.m. The reasons are (1) that the remaining defendants have now pleaded guilty and are scheduled to be sentenced on that same date, and (2) the government intends to file a motion for a sentencing departure for Kevin Vo under U.S.S.G. § 5K1.1. The parties believe that it would be appropriate to have the cooperating defendant be sentenced last, as is customary, and that it would be more convenient to the Court to sentence all six defendants together.

The undersigned Assistant United States Attorney has left a message for Waseem Iqbal, the United States Probation Officer assigned to the case, and has no reason to believe that the requested

**REQUEST TO CONTINUE SENTENCING**

date will present a problem for him or for his office.  If it turns out that there is a problem with it, the parties will be happy to adjust the schedule to accommodate USPO Iqbal.

    IT IS SO STIPULATED:

DATED: December 9, 2010                  MELINDA HAAG
                                            United States Attorney

                                            / s /
                                            _____
                                            DAVID R. CALLAWAY
                                            Assistant United States Attorney
                                            Counsel for United States

DATED: December 9, 2010                    / s /
                                            _____
                                            ALLEN H. SCHWARTZ, ESQ.
                                            Counsel for Defendant Kevin Vo

## **ORDER**

    For the reasons set forth above, and good cause appearing,

    IT IS HEREBY ORDERED that sentencing for the captioned defendant, currently scheduled to occur on December 13, 2010, is continued to **Monday, March 7, 2011, at 9:00 a.m.**, before The Honorable Ronald M. Whyte, United States District Judge.

Date: 12/10/10

                                            _____
                                            RONALD M. WHYTE
                                            United States District Judge